UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brett Meyer and
Nancy Meyer,

           Plaintiffs,

—v—

Jody Susler,

           Defendant.

18-cv-5468 (AJN)

ORDER

DEC 0 2 2019

ALISON J. NATHAN, District Judge:

The parties are hereby ordered to submit a joint letter advising the Court of the status of settlement in this matter no later than December 9, 2019.

SO ORDERED.

Dated: December __, 2019
      New York, New York

_____
ALISON J. NATHAN
United States District Judge